Ray Gene McGUIRE, Appellant,

v.

UNITED STATES of America,
Appellee.

No. 14103.

United States Court of Appeals
Sixth Circuit.

Dec. 17, 1960.

John C. Crawford, Jr., U. S. Atty., Knoxville, Tenn., for appellee.

Before CECIL, WEICK and O'SULLI-VAN, Circuit Judges.

ORDER.

This case being called for argument and the appellant not being represented in person or by counsel and it appearing that the appellant has failed to file copies of brief and appendix as required by Rule 16 of this court, 28 U.S.C.A., and counsel for the appellee having made an oral motion to dismiss the appeal;

It is ordered that the motion to dismiss be and it is granted and the appeal is hereby dismissed.

Daniel Ellis WELLS, Appellant,

v.

Beryle C. SACKS, Warden, Ohio Penitentiary, Appellee.

No. 14227.

United States Court of Appeals
Sixth Circuit.

Dec. 28, 1960.

William Allen Ogden, Cincinnati, Ohio, for appellant.

Aubrey A. Wendt, Asst. Atty. Gen., Mark McElroy, Atty. Gen., on brief, for appellee.

Before McALLISTER, Chief Judge, and MARTIN and WEICK, Circuit Judges.

ORDER.

The above cause coming on to be heard upon the record, the briefs of the parties and the argument of counsel in open court and the court being duly advised:

Now, therefore, it is ordered, adjudged and decreed that the judgment of the District Court be and is hereby affirmed.